JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAYMOND THOMAS GARCIA, JR., <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF SAN BERNARDINO COUNTY, <br><br> Respondent. | No. ED CV 15-2163-FMO (DFM) <br><br> JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 2, 2017

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge